RECEIVED IN
The Court of Appeals
Sixth District

SEP 0 8 2015

Texarkana, Texas
Debra Autrey, Clerk

FILED IN
The Court of Appeals
Sixth District

SEP 0 8 2015

Texarkana, Texas
Debra K. Autrey, Clerk

NO. 06-15-00061-CR

| | | |
|---|---|---|
| BOBBY EUGENE CLARK, JR. | § | IN THE COURT OF APPEALS |
| | § | |
| VS. | § | SIXTH JUDICIAL DISTRICT |
| | § | |
| THE STATE OF TEXAS. | § | TEXARKANA, TEXAS |

## MOTION FOR ACCESS TO APPELLATE RECORD

TO THE HONORABLE COURT:

COMES NOW BOBBY EUGENE CLARK, JR., Defendant in this case, and moves pursuant to the Texas Court of Criminal Appeal's decision in Kelly v. State, No. PD-0702-13 (Tex. Crim. App. 2014), for access to the appellate record in this case.

WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully requests that he be furnished a copy of the appellate record for review in deciding whether to file a response to his attorney's Anders brief.

Respectfully submitted,

BY: _____
    BOBBY EUGENE CLARK, JR.
    DEFENDANT

DATE: 9-2-15